# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

JAYNE M. KEPNER,                        )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        Case No. 17-cv-01382-JES-JEH
                                        )
NANCY BERRYHILL, Acting                 )
Commissioner of Social Security,        )
                                        )
                    Defendant.          )

# ORDER AND OPINION

This matter is now before the Court on a November 13, 2018 Report and Recommendation [17] from Magistrate Judge Hawley. More than 14 days have elapsed since the filing of the Report and Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties have failed to raise timely objections, any such objections have been waived. *Id.*

The relevant procedural history has been sufficiently outlined in the comprehensive Report and Recommendation of the Magistrate Judge. Plaintiff claims the Administrative Law Judge's (ALJ's) residual functional capacity assessment was not supported by substantial evidence, the ALJ did not properly evaluate the opinion of one of her treating physicians, and the ALJ improperly evaluated Plaintiff's credibility by ignoring her prior work history and by

1

placing undue value on her daily activities and inability to lose weight. The Court concurs with the Magistrate Judge's detailed discussion and recommendation.

Accordingly, the Court now adopts the Report and Recommendation [20] of the Magistrate Judge in its entirety. Plaintiff's Motion for Summary Judgment [12] is GRANTED, and Defendant's Motion for Summary Affirmance [17] is DENIED. The ALJ should reconsider the evidence in accordance with the Magistrate Judge's findings in his Report and Recommendations. The Social Security Commissioner's decision denying benefits is reversed and remanded for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

This matter is now terminated.

Signed on this 4th day of December, 2018.

/s James E. Shadid
James E. Shadid
Chief United States District Judge